IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )              4:06CR3134
          v.                       )
                                   )
LUIS ALBERTO AGUILAR,              )
                                   )                 ORDER
                    Defendant.     )
                                   )

        IT IS ORDERED:

        1.  Defendant's motion to seal, filing 19, is granted and
the clerk is directed to change the viewing access of filing
numbers 18, 19 and 20 to remove them from the public docket sheet
and file them as sealed pleadings.

        2.  Defendant's motion to continue trial, filing 18, is
granted and trial is continued until further order after
resolution of the motion to withdraw.

        DATED this 29th day of January, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge