IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3134 |
| v. | ) | |
| | ) | |
| LUIS ALBERTO AGUILAR, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Following a conference with counsel,

IT IS ORDERED:

1. The motion of counsel for the defendant to withdraw, filing 20, is granted.

2. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. Trial of this matter is continued to 9:00 a.m., April 2, 2007, for a duration of four trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

4. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between January 31, 2007 and April 2, 2007, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that new counsel will require time become familiar with the case and to prepare for trial, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of January, 2007.

                                  BY THE COURT:

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge