```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3134 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ALBERTO AGUILAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. The motion to withdraw, filing 26, filed by defendant's counsel, Gregory C. Damman, is granted. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2. Substitute counsel shall enter an appearance promptly following the appointment.

DATED this 26th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge