IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| LUIS ALBERTO AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that:

(1) Trial of this case as to Defendant Aguilar is continued until further order of the court.

(2) This matter is referred to Magistrate Judge Piester for rescheduling trial to a date not earlier than 30 days.

(3) Counsel now estimate that the trial will take five days.

(4) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

March 28, 2007.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge