IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3134 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LUIS ALBERTO AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the order of the Honorable Richard G. Kopf dated March 28, 2007, filing 28,

IT IS ORDERED,

1.  Trial of this matter is rescheduled to 9:00 a.m., June 4, 2007, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

2.  The time between today's date and June 4, 2007 shall be excluded under the requirements of the Speedy Trial Act and in the interest of justice.  <u>See</u> 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated March 29, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge