IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3134-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LUIS ALBERTO AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the government's motion to dismiss Count III of the Indictment (filing 49) is granted.

September 10, 2007.          BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge