IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LUIS ALBERTO AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the plaintiff, and with the agreement of the defendant,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are continued to Tuesday, November 20, 2007, at 10:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

October 29, 2007.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge