IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3134 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LUIS ALBERTO AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of the government, and pursuant to the provisions of the plea agreement in this case, Count II of the Indictment is hereby dismissed.

Dated this 26th day of November, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge