IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LUIS ALBERTO AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the U.S. Marshals Service, and without objection by the parties,

IT IS ORDERED that the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 74) has been rescheduled before the undersigned United States district judge to Tuesday, August 24, 2010, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The United States Marshal is directed to return the defendant to the district for the hearing.

Dated July 6, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge